## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | | |
|---|---|---|
| In re: | ) | Case No. **16-14639-sr** |
| | ) | |
| **LAURA G. WOJTUSIK**, | ) | Chapter   13 |
| | ) | |
| Debtor. | ) | Judge:    Stephen Raslavich |
| | ) | |
| | ) | **REQUEST FOR NOTICE** |
| | ) | |

PLEASE TAKE NOTICE that BSI Financial Services as Servicer for Wilmington Savings Fund Society, FSB, d/b/a Christina Trust, not individually but as trustee for Hilldale Trust ("Creditor"), by its authorized representative, Weinstein & Riley, P.S., hereby requests that all notices and all papers including orders and notices of any application, motion, petition, pleading, request, complaint or demand (1) which affect or seek to affect in any way rights or interests of Creditor with respect to (a) the Debtors; (b) property or proceeds thereof in which the Debtors may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by Creditor, required to be served in this case, be served upon the following:

Weinstein & Riley, P.S.
2001 Western Av., Suite 400
Seattle, WA 98121
Attn: Jordyn Robertson

PLEASE TAKE FURTHER NOTICE that this request includes, without limitation, all notices (including those required by Bankruptcy Rules 2002 and 4001 or ordered by the Court pursuant to Bankruptcy Rule 9007), applications, motions, petitions, orders, pleadings, requests,

lists, schedules, statements, complaints and demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, email, delivery, telephone, facsimile, telecopier, electronic file transfer or otherwise.

Dated: January 3, 2017

/s/ Jordyn Robertson
Jordyn Robertson
Weinstein & Riley, P.S.
2001 Western Ave., Suite 400
Seattle, Washington 98121
Telephone: (206) 269-3490
Facsimile: (206) 269-3493
Email: bncmail@w-legal.com
Authorized Representative for BSI Financial Services

## **CERTIFICATE OF SERVICE**

      I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, that a true and correct copy of the Request for Notice was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on January 3, 2017:

Trustee via E-Filing
**FREDERICK L. REIGLE**
Chapter 13 Trustee
ecfmail@fredreiglech13.com

Debtor's Counsel via E-Filing
**MICHAEL A. CIBIK2**
Cibik & Cataldo, P.C.
Email: ecf@ccpclaw.com

U.S. Trustee via E-Filing
**United States Trustee**
Office of the U.S. Trustee
USTPRegion03.PH.ECF@usdoj.gov

Debtor via First-Class Mail
**Laura G. Wojtusik**
1128 Tabor Terrace
Philadelphia, PA 19111

/s/ Jordyn Robertson
Jordyn Robertson