```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                         Case No. 16-14639-sr
Laura G. Wojtusik                                              Chapter 13
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0313-2           User: Stacey                 Page 1 of 2                  Date Rcvd: Jan 27, 2017
                               Form ID: pdf900              Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2017.
db             +Laura G. Wojtusik,    1128 Tabor Terrace,    Philadelphia, PA 19111-1429
13752854       +Bank Of America,    NC4-105-03-14,    PO Box 26012,    Greensboro, NC 27420-6012
13752859       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13752860       +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13752862       +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13817459       +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
13752863        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13752864       +Santander Consumer USA,    PO Box 961245,    Fort Worth, TX 76161-0244
13762253       +Santander Consumer USA INC,    PO BOX 560284,    Dallas, TX 75356-0284
13823491        State Farm Bank,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13752865       +State Farm Financial S,    1 State Farm Plaza,    Bloomington, IL 61710-0001
13752867       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
13752868       +Verizon,    500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225
13842222       +Wilmington Savings Fund Society, FSB,    c/o BSI Financial Services,
                 7500 Old Georgetown Rd Suite 1350,    Bethesda, MD 20814-6240

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jan 28 2017 01:57:40      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 28 2017 01:56:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 28 2017 01:57:19      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bncmail@w-legal.com Jan 28 2017 01:57:10      BSI Financial Services,
                 c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
cr              E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2017 01:46:26      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL   33131-1605
13831904        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 28 2017 01:46:45
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
13836536       +E-mail/Text: bankruptcy@phila.gov Jan 28 2017 01:57:40
                 CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13752855       +E-mail/Text: ecf@ccpclaw.com Jan 28 2017 01:56:17      Cibik & Cataldo, P.C.,
                 1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
13752857       +E-mail/Text: bankruptcy@phila.gov Jan 28 2017 01:57:39      City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102-1611
13752858       +E-mail/Text: bankruptcy@phila.gov Jan 28 2017 01:57:40      City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphai, PA 19102-1504
13752861        E-mail/Text: cio.bncmail@irs.gov Jan 28 2017 01:56:22      I.R.S.,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
13770222        E-mail/PDF: rmscedi@recoverycorp.com Jan 28 2017 01:46:08
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13752866       +E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2017 01:46:07      Synchrony Bank/Gap,
                 PO Box 965064,    Orlando, FL 32896-5064
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13752856*     +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,   Philadelphia, PA 19102-3518
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2017                              Signature:   /s/Joseph Speetjens

```
District/off: 0313-2           User: Stacey                 Page 2 of 2                    Date Rcvd: Jan 27, 2017
                               Form ID: pdf900              Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Laura G. Wojtusik ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Laura G. Wojtusik ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              POLLY A. LANGDON     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Laura Wojtusik | : | CHAPTER 13 |
| | : | |
| | : | BKY. NO.   16-14639SR13 |
| | : | |
| (Debtor) | : | |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE**
**FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, consideration of the Motion to Dismiss Case filed by Frederick L. Reigle, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.   This chapter 13 bankruptcy case is **DISMISSED**.

2.   Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3.   Any wage orders previously entered are **VACATED**.

4.   Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5.   All applications for allowance of administrative expense (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6.   **Promptly after the expiration of the time period set forth in paragraph 5 above, Counsel for the Debtor shall file either:** (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7.   If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: **January 26, 2017**  _____

_____
HON. STEPHEN RASLAVICH
U. S. Bankruptcy Judge