**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Laura G. Wojtusik | | |
| DEBTOR | : | BKY. NO.   16-14639SR13 |

## ORDER APPROVING COUNSEL FEE

AND NOW, this _____ day of _____ 2016, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$4,500.00** is approved and the balance due counsel in the amount of **$3,500.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

**Dated: March 24, 2017**

_____
Hon. Stephen Raslavich
U.S. BANKRUPTCY JUDGE

cc: Michael A. Cataldo, Esq.
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Laura Wojtusik
1128 Tabor Terrace
Philadelphia, PA 19111

Frederick L. Reigle, Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606