United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-14639-sr
Laura G. Wojtusik                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Mar 24, 2017
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2017.
db             +Laura G. Wojtusik,    1128 Tabor Terrace,    Philadelphia, PA 19111-1429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2017 at the address(es) listed below:
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      JOSHUA ISAAC GOLDMAN    on behalf of   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      MICHAEL A. CATALDO2    on behalf of Debtor Laura G. Wojtusik ecf@ccpclaw.com,
       igotnotices@ccpclaw.com
      MICHAEL A. CIBIK2    on behalf of Debtor Laura G. Wojtusik ecf@ccpclaw.com,
       igotnotices@ccpclaw.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      THOMAS I. PULEO    on behalf of   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                              TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :        CHAPTER 13
Laura G. Wojtusik

                    DEBTOR            :        BKY. NO.   16-14639SR13

## ORDER APPROVING COUNSEL FEE

AND NOW, this            day of            2016, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$4,500.00** is approved and the balance due counsel in the amount of **$3,500.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

**Dated: March 24, 2017**

_____
Hon. Stephen Raslavich
U.S. BANKRUPTCY JUDGE

cc:    Michael A. Cataldo, Esq.
       Cibik & Cataldo, P.C.
       1500 Walnut Street, Suite 900
       Philadelphia, PA 19102

       Laura Wojtusik
       1128 Tabor Terrace
       Philadelphia, PA 19111

       Frederick L. Reigle, Trustee
       2901 St. Lawrence Avenue
       P.O. Box 4010
       Reading, PA 19606